UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    -vs-<br><br>GLEN EUGENE TURNER,<br><br>                Defendant. | No.   2:14-CR-0045-WFN-1<br><br>ORDER DISMISSING<br>WITH PREJUDICE |

A sentencing hearing was held in 2:13-CR-0008-WFN-6 on September 2, 2014. The Government orally moved to dismiss the Indictment in the above captioned case at that hearing. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that this Indictment shall be **DISMISSED WITH PREJUDICE.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 4th day of September, 2014.

09-04-14

                                  s/ Wm. Fremming Nielsen
                                  WM. FREMMING NIELSEN
                 SENIOR UNITED STATES DISTRICT JUDGE